Filed 12/23/20  In re R.D. CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re R.D., a Person Coming Under the Juvenile Court Law. | |
| | D077698 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. J240364) |
| v. | |
| R.D., | |
| Defendant and Appellant. | |

APPEAL from a Judgment of the Superior Court of San Diego County, Tilisha Martin, Judge.  Affirmed.

Sheila O'Connor, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal arises from an order of the juvenile court committing R.D. (the Minor) to the Division of Juvenile Justice (DJJ).  The commitment was based on the separate offense and over two years of failure on probation, and failure in less restrictive placements.

PRECEDURAL BACKGROUND

In August 2017, the Minor admitted a violation of Penal Code,[1] section 422 (criminal threats) and was declared a ward of the court. The Minor was placed in custody of the Breaking Cycles Program and later released home.

In January, June, and September 2018, the Minor admitted multiple probation violations.

In August 2019, the Minor admitted committing an assault with force likely to cause great bodily injury (§ 245, subd. (a)(4)) and possession of ammunition. He was placed in the Youth Offender Unit (YOU) program. The Minor was later terminated from the YOU program for behavior violations and poor performance.

In June 2020, the Minor petitioned to terminate the wardship since he had turned 18. The court denied the petition and committed the Minor to DJJ for the term of up to four years 10 months.

The Minor filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating she has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to review the record for error as mandated by *Wende*. We offered the Minor the opportunity to file his own brief on appeal, but he has not responded.

STATEMENT OF FACTS

The first offense was committed August 6, 2017. At that time, Sheriff's Deputies were called to the Minor's home where a fight had taken place between the Minor and his stepfather. During the affray the Minor assaulted the stepfather and threatened to kill him.

---

[1] All further statutory references are to the Penal Code.

The second offense occurred on July 27, 2019. At that time, deputies were again at the house and discovered a sock full of ammunition.

The third offense occurred on July 29, 2019. At that time, the Minor assaulted another minor while in custody at the Juvenile Hall.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review of the record, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible issues that were considered in evaluating the potential merits of this appeal:

1. Whether the juvenile court considered the least restrictive environment when considering the placement of the Minor; and

2. Whether the juvenile court abused its discretion in failing to terminate the Minor's wardship given that the Minor had already turned 18.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented the Minor on this appeal.

## DISPOSITION

The judgment is affirmed.


HUFFMAN, Acting P. J.

WE CONCUR:



HALLER, J.



IRION, J.

4